IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**DERRICK PAYNE**                                                                      **PLAINTIFF**

v.                                                                  No. 3:24CV355-GHD-DAS

**DESOTO COUNTY SHERIFF'S DEPARTMENT, ET AL.**            **DEFENDANTS**

**FINAL JUDGMENT**

The court has considered the file and records in this action. The United States Magistrate Judge's Report and Recommendation was duly served by mail upon the *pro se* plaintiff at his last known address; more than fourteen days have elapsed since service of the Report and Recommendation, and no party has filed or served an objection to the Report and Recommendation. The Magistrate Judge's Report and Recommendation will therefore be approved and adopted as the opinion of the court. It is **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the instant case is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. § 1915(g).

3. That this case is **CLOSED**.

**SO ORDERED**, this, the 30th day of January, 2025.

_/s/ Glen H. Davidson_
SENIOR JUDGE